DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GENERAL GROWTH PROPERTIES INC.** n/k/a **BROOKFIELD PROPERTIES,**
Appellant,

v.

**WILLIAM WALDBUESER,**
Appellee.

No. 4D2023-2248

[July 11, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David Alan Haimes, Judge; L.T. Case No. CACE21-018943.

David P. Reiner, II of Reiner & Reiner, P.A., Miami, for appellant.

Alexis Fields of Kopelowitz Ostrow Ferguson Weiselberg Gilbert, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, FORST and ARTAU, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***